1  **ROBERT ISHIKAWA, #90621**
Attorney at Law
2  5707 N. West Ave.
Fresno, CA  93711
3  (559) 431-5700

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON M. TIJERO              )<br>                                             )<br>              Plaintiff,         )<br>                                             )<br>                                             )<br> JO ANNE B. BARNHART,    )<br> Commissioner of Social       )<br> Security                           )<br>              Defendant(s).     )<br>                                             )<br>_____) | Case No:   05-CV-00982-REC-DLB<br><br><br>**STIPULATION AND ORDER<br>TO EXTEND TIME** |

   The parties, through their respective counsel, stipulate that plaintiff's time to prepare and file the confidential letter brief be extended from November 14, 2005 to December 15, 2005.

   This is plaintiff's first request for an extension of time to prepare the plaintiff's confidential letter brief.

   Plaintiff needs the additional time to adequately review the file and prepare a response to this matter.

//

//

```
Dated:  November 15, 2005            /s/ Robert Ishikawa
                                         Robert Ishikawa
                                         Attorney for plaintiff



Dated: November 16, 2005             /s/Kimberly A. Gaab
                                         Kimberly A. Gaab
                                         (as authorized via facsimile)
                                         Assistant U.S. Attorney

     IT IS SO ORDERED.

     Dated:   November 16, 2005              /s/ Dennis L. Beck
3c0hj8                                 UNITED STATES MAGISTRATE JUDGE
```

2