**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Ramon Tijera

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON TIJERA, ) | CV-F -05-982 REC DLB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO |
| v. ) | EXTEND TIME |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due February 19, 2006, and is therefore requesting additional time in which to file his opening brief until March 21, 2006.

Dated: February __15__, 2006      /s/ Robert Ishikawa
_____
ROBERT ISHIKAWA
Attorney for Plaintiff, RAMON TIJERA

Dated: February __14__, 2006      /s/ Kimberly Gaab
_____
KIMBERLY GAAB
Assistant U.S. Attorney

    IT IS SO ORDERED.

    Dated: __February 17, 2006__          **/s/ Dennis L. Beck**
3c0hj8          UNITED STATES MAGISTRATE JUDGE

1