**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Ramon Tijera

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON TIJERA, | 1:05-CV-0982 REC DLB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due March 21, 2006, and is therefore requesting additional time in which to file his opening brief until April 21, 2006.

Dated: March __21__, 2006      /S/ ROBERT ISHIKAWA
_____
ROBERT ISHIKAWA
Attorney for Plaintiff, RAMON TIJERA

Dated: March __20__, 2006      /S/ KIMBERLY GAAB
_____
KIMBERLY GAAB
Assistant U.S. Attorney

IT IS SO ORDERED.

   Dated:   **March 22, 2006**            **/s/ Dennis L. Beck**
3c0hj8                         UNITED STATES MAGISTRATE JUDGE

1