**ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
5707 N. West Avenue
Fresno, California 93711
Telephone: (559) 431-5700

Attorney for Ramon Tijera

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON TIJERA,<br><br>              Plaintiff,<br><br>       v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>              Defendant.<br>_____ | 1:05-CV-0982 REC DLB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

   Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due April 21, 2006, and is therefore requesting additional time in which to file his opening brief until May  21, 2006.

Dated: April   21 , 2006         /S/ ROBERT ISHIKAWA
                                 _____
                                 ROBERT ISHIKAWA
                                 Attorney for Plaintiff, RAMON TIJERA

Dated: April   20 , 2006         /S/ KIMBERLY GAAB
                                 _____
                                 KIMBERLY GAAB
                                 Assistant U.S. Attorney

   IT IS SO ORDERED.

   Dated:   May 1, 2006                 /s/ Dennis L. Beck
3c0hj8                           UNITED STATES MAGISTRATE JUDGE

1