McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4036

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON MACIEL TIJERO,<br><br>Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>Defendant. | 1:05-cv-0982 AWI DLB<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), and<br><br>REQUEST FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Counsel will instruct the Administrative Law Judge ("ALJ") to take the following action:

1. Properly consider the opinion of Catalino Dureza, M.D., which was expressed on September 7, 2004; and,

2. Recontact Dr. Dureza and ask for a medical source statement as to Plaintiff's residual functional capacity. If the ALJ rejects Dr. Dureza's opinion, the ALJ will give specific and

legitimate reasons, based on the record, for such rejection.

    3.  If necessary, obtain medical expert opinion as to the onset date of disability; and,

    4.  In addition, obtain the folder pertaining to Plaintiff's subsequent application for SSI, which was granted, and determine whether there is evidence therein that is material to the application at issue in this case.

    The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of plaintiff and against defendant, Jo Ann B. Barnhart, Commissioner of Social Security, reversing the final decision of the Commissioner.

                              Respectfully submitted,

Dated: June 26, 2006       /s/ Robert Ishikawa
                                ROBERT ISHIKAWA
                                (As authorized via facsimile)
                                Attorney for Plaintiff

Dated: June 27, 2006       McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Kimberly A. Gaab
                                KIMBERLY A. GAAB
                                Assistant U.S. Attorney

                                  **ORDER**

IT IS SO ORDERED.

**Dated:   June 29, 2006**             **/s/ Anthony W. Ishii**
0m8i78                                      UNITED STATES DISTRICT JUDGE