```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. GAAB
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4036
 5
    Attorneys for Defendant
 6

 7
                 IN THE UNITED STATES DISTRICT COURT FOR THE
 8
                      EASTERN DISTRICT OF CALIFORNIA
 9

10  RAMON TIJERO,                  )    1:05-CV-0982 AWI DLB
                                   )
11              Plaintiff,         )    STIPULATION AND ORDER
                                   )    AWARDING EAJA ATTORNEY FEES
12         v.                      )
                                   )
13  JO ANNE B. BARNHART,           )
    Commissioner of Social         )
14  Security,                      )
                                   )
15              Defendant.         )
    _____)
16
```

17       IT IS HEREBY STIPULATED by the parties, through their

18  undersigned counsel, subject to the approval of the Court, that

19  counsel for plaintiff be awarded attorney fees under the Equal

20  Access to Justice Act in the amount of THREE THOUSAND EIGHT

21  HUNDRED AND FIFTY DOLLARS AND NO CENTS ($3,850.00). This amount

22  represents compensation for legal services rendered on behalf of

23  plaintiff by counsel in connection with this civil action for

24  services performed before the district court in accordance with 28

25  U.S.C. § 2412(d).

26  ///

27  ///

28  ///

1

This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of defendant under the EAJA. Payment in the aforementioned sum under EAJA shall constitute a complete release from and bar to any and all claims, rights, causes of action, liens or subrogated interests relating to attorneys fees incurred in this action under EAJA.

The settlement of plaintiff's claim for EAJA attorney fees does not preclude plaintiff's counsel from seeking attorney fees under 42 U.S.C. § 406 of the Social Security Act, subject to the offset provisions of the law.

Respectfully submitted,

Dated: August 17, 2006   /s/ Robert Ishikawa
ROBERT ISHIKAWA
Attorney at Law

Dated: August 18, 2006   McGREGOR W. SCOTT
United States Attorney

/s/ Kimberly A. Gaab
KIMBERLY A. GAAB
Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   August 25, 2006**            **/s/ Dennis L. Beck**
3c0hj8                          UNITED STATES MAGISTRATE JUDGE

2